Albert Joseph SCHMITT, Appellant, v. UNITED STATES of America.

No. 9009.

Circuit Court of Appeals, Eighth Circuit.

May 6, 1931.

Neil Hughes, of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of appellee, under rule 24.